UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>         Plaintiff,<br><br>    v.<br><br>REGENTS OF THE UNIVERSITY OF CAIFORNIA,<br><br>         Defendant. | Case No.  24-cv-09469-VC<br><br>**ORDER RE APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 3 |

   The plaintiff is ordered to serve his application for a temporary restraining order and this order on the defendant and to file a proof of service today, January 2, 2025. The defendant is ordered to respond to the application for a TRO by 10 a.m. tomorrow, January 3, 2025. The defendant is restrained from discharging the plaintiff until further order of the Court or Monday, January 6, at noon, whichever is earlier.

   **IT IS SO ORDERED.**

Dated: January 2, 2025

_____
VINCE CHHABRIA
United States District Judge