UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOES 1-5,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PERSONNEL MANAGEMENT, OFFICE OF,<br><br>　　　　Defendant. | Case No. 24-cv-02371-RFL<br><br>**ORDER**<br><br>Re: Dkt. No. 45 |
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-09469-RFL<br><br>**ORDER**<br><br>Re: Dkt. No. 53 |
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OFFIC OF PERSONNEL MANAGEMENT, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-02930-RFL<br><br>**ORDER**<br><br>Re: Dkt. No. 14 |

　　The administrative motion for leave to extend time for service of summons and complaints, and to allow Plaintiff an additional 90 days to finalize the amendments and serve the defendants is **GRANTED**.  Plaintiff's new deadline is **July 23, 2025**.

　　**IT IS SO ORDERED.**

Dated: April 24, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge