UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>REGENTS OF THE UNIVERSITY OF CAIFORNIA,<br><br>        Defendant. | Case No. 24-cv-09469-VC<br><br>**ORDER DENYING APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 3 |

The application for a temporary restraining order is denied. The plaintiff has not demonstrated that he is entitled to emergency relief under the four *Winter* factors.

**IT IS SO ORDERED.**

Dated: January 6, 2025

_____
VINCE CHHABRIA
United States District Judge