Rhonda Lunsford, SBN #219239
P.O. Box 31
San Leandro, CA 94577
(510) 759-9529
rrlunsford@hotmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.<br><br>    Defendant. | Case No.: 3:24-cv-09469-VC<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S MOTION TO SEAL DECLARATION IDENTIFYING PLAINTIFF AND TO PROCEED UNDER PSEUDONYM |

## **ORDER**

Upon review of Plaintiff's Motion, and memorandum in support thereof, for an Order to seal the declaration identifying Plaintiff, and to proceed under pseudonym in place of his true and correct name, and good cause appearing, Plaintiff's Motion is hereby GRANTED.

DATED: February 18, 2025

_____
The Honorable Judge Vince Chhabria

1
~~PROPOSED~~ ORDER