UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

    Plaintiff,

v.

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,

    Defendants.

Case No. 25-cv-02930-JSW

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c) and the civil cover sheet filed by Plaintiff in this matter, the Court HEREBY REFERS this case to the Honorable Rita F. Lin for consideration of whether the case is related to 24-2371 *Doe v. OPM*. In the event Judge Lin determines the cases are not related, the Court REFERS this case to the Honorable Vince Chhabria for consideration of whether the case is related to 24-9469, *Doe v. Regents of the University of California*.

**IT IS SO ORDERED.**

Dated: April 2, 2025

_____
JEFFREY S. WHITE
United States District Judge