HASSARD BONNINGTON LLP
Corinna E. Meissner, Esq. (#178509) cem@hassard.com
Jonathan E. Chernoguz, Esq. (#359453) jec@hassard.com
111 Pine Street, Suite 1530
San Francisco, California 94111
Telephone: (415) 288-9800
Fax: (415) 288-9801

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>        Defendant. | No. 3:24-cv-09469-VC<br>Hon. Vince Chhabria<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TIME FOR INITIAL DISCLOSURES**<br><br>Complaint Filed: December 29, 2024<br>Trial Date:    None Set |

**IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS FOLLOWS:**

Pursuant to Civil Local Rules 6-2 and 7-12, plaintiff John Doe ("Plaintiff") and defendant The Regents of the University of California ("Defendant") (Plaintiff and Defendant are the "Parties"), by and through their respective counsel of record, hereby respectfully apply to this Court for an Order continuing the date for the Parties to exchange Initial Disclosures pursuant to Federal Rule of Civil Procedure ("FRCP") 26(a)(1) **for 30 days, up to and including May 10, 2025.**

1. There is currently a referral for purposes of determining the relationship of this case from Hon. Jeffrey S. White. (ECF 46).

2. Royal Ambulance was added as a Defendant to the First Amended

Complaint and has not yet appeared or responded. (ECF 26).

3. Defendant only received Plaintiff's extensive medical record consisting of over 12,000 pages on April 7, 2025. Defendant requires this extension of time to refer to the medical records and identify the pertinent witnesses in the initial disclosures.

4. The Parties met and conferred and agree that postponing Initial Disclosures **for 30 days, up to and including May 10, 2025**, this would allow the Parties to avoid potentially unnecessary litigation costs;

5. This is the first stipulated request to continue the Initial Disclosures deadline.

IT IS SO STIPULATED.

Dated: April 10, 2025                                          HASSARD BONNINGTON LLP

By: _____
Corinna E. Meissner
Jonathan E. Chernoguz
Attorneys for Defendant
THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA

Dated: April 10, 2025

By: /s/ Rhonda Lunsford
_____
Rhonda Lunsford
Attorney for Plaintiff
JOHN DOE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____
Honorable Judge Vince Chhabria