1  Rhonda Lunsford, SBN 219239
   P.O. Box 31
2  San Leandro, CA 94577
   Telephone:(510) 759-9529
3  rrlunsford@hotmail.com

4  Attorney For Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE<br><br>        Plaintiff,<br><br>  vs.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT and DOES 1-20, inclusive.<br><br>        Defendants.<br><br>JOHN DOE<br><br>        Plaintiff,<br><br>  vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AND ROYAL AMBULANCE<br><br>        Defendants.<br><br>JOHN DOE<br><br>       Plaintiff,<br><br>  vs.<br><br>OFFICE OF PERSONNEL MANAGEMENT, and BLUE CROSS BLUE SHIELD ASSOCIATION, UNIVERSITY OF CALIFORNIA SAN FRANCISCO MEDICAL CENTER, SUTTER EDEN MEDICAL CENTER, ALAMEDA HEALTH SYSTEM, DR. YOUSSEF E. YOUSSEF, VERONICA PERAZA, HYUNJI AHN, SARA DULL and DOES 1-10, inclusive | Case No.: 24-CV-02371-RFL<br>24-CV-09469-RFL<br>25-CV-02930-RFL<br><br>**NOTICE OF MOTION AND MOTION FOR JOINDER AND LEAVE TO AMEND**<br><br>**DATE:** June 17, 2025<br>**TIME:** 10:00 A.M.<br>**DEPT:** Courtroom 15<br><br>**Hon. Rita F. Lin** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on **June 17, 2025, at 10:00 A.M.**, or as soon thereafter as the matter may be heard, in Courtroom 15, 18th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, before the **Honorable Rita F. Lin**, Plaintiff **John Doe** will, and hereby does, move the Court for an order **joining the three related cases** referenced above for all purposes (i.e. consolidating the actions into a single case), or in the alternative, granting leave to amend so that all claims and parties may be litigated in one action.

This motion is made on the grounds that all three actions involve **overlapping legal and factual issues** arising from a common series of events, and that joinder of these actions will promote judicial economy, avoid duplicative litigation, and will not prejudice any Defendant. This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Rhonda R. Lunsford, Esq. filed herewith, the pleadings and records on file in these cases, and such further evidence or argument as the Court may consider. A proposed order is submitted herewith.

Dated: May 5, 2025.

**Respectfully submitted,**

/s/ Rhonda Lunsford

**Rhonda Lunsford, Esq.**
Attorney for Plaintiff John Doe