Rhonda Lunsford, SBN 219239
P.O. Box 31
San Leandro, CA 94577
Telephone:(510) 759-9529
rrlunsford@hotmail.com

Attorney For Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT and DOES 1-20, inclusive.<br><br>　　　　Defendants. | Case No.: 24-CV-02371-RFL<br>　　　　　　24-CV-09469-RFL<br>　　　　　　25-CV-02930-RFL<br><br>**DECLARATION IN SUPPORT OF MOTION FOR JOINDER AND LEAVE TO AMEND** |
| JOHN DOE<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AND ROYAL AMBULANCE<br><br>　　　　Defendants. | **DATE: June 17, 2025**<br>**TIME:  10:00 A.M.**<br>**DEPT: Courtroom 15**<br><br>**Hon. Rita F. Lin** |
| JOHN DOE<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OFFICE OF PERSONNEL MANAGEMENT, and BLUE CROSS BLUE SHIELD ASSOCIATION, UNIVERSITY OF CALIFORNIA SAN FRANCISCO MEDICAL CENTER, SUTTER EDEN MEDICAL CENTER, ALAMEDA HEALTH SYSTEM, DR. YOUSSEF E. YOUSSEF, VERONICA PERAZA, HYUNJI AHN, SARA DULL and DOES 1-10, inclusive | |

-1-
Declaration

**DECLARATION OF RHONDA R LUNSFORD, ESQ.
IN SUPPORT OF MOTION FOR JOINDER**

I, Rhonda R. Lunsford, declare as follows:

1. I am the attorney of record for Plaintiff John Doe in the related cases pending before this Court: Case Nos. 24-CV-02371-RFL, 24-CV-09469-RFL, and 25-CV-02930-RFL.

2. I make this declaration in support of Plaintiff's Motion for Joinder and Leave to Amend. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

3. Plaintiff maintains three related actions concerning substantially the same defendants and facts, including allegations of failure to provide medically necessary care, unsafe discharges, discrimination, and improper coordination of health benefits. The defendants and factual circumstances substantially overlap across all three actions.

4. On April 10, 2025, this Court formally related the three actions. In addition to formally relating the three cases the Court in 24-CV-02371-RFL and in 24-CV-09469-RFL both rendered their decisions on the dismissals in their respective cases.

5. In Case No. 24-CV-02371-RFL, the Court granted a partial dismissal but allowed Plaintiff's judicial review claims concerning certain health benefit appeals to proceed and granted leave to amend as to an additional health benefits denial. The Court also authorized Plaintiff to file a motion for leave to add Blue Cross Blue Shield Association (BCBSA) as a defendant.

6. In Case No. 24-CV-09469-RFL, the Court dismissed certain claims with leave to amend and denied dismissal of others, allowing key claims—including medical negligence and false imprisonment—to proceed.

7. Case No. 25-CV-02930-RFL was filed to preserve claims under the Federal Tort Claims Act and to assert civil rights and statutory claims overlapping with the other two actions.

8. On or about May 1, 2025, I mistakenly filed for **Administrative Relief** seeking joinder and leave to amend rather than filing a noticed motion. I did so based on my understanding that, because the Court had granted leave to amend in two of the three cases and all cases had been deemed related, consolidating the pleadings into one amended complaint was procedurally appropriate and consistent with the Court's prior rulings.

9. Plaintiff also believed amendment was mandatory to (a) remove claims dismissed with prejudice and (b) add necessary parties and factual clarifications. However, amending only two of the three cases would have led to inconsistent and duplicative pleadings, and would have created inefficiency for both the Court and the parties.

10. To promote judicial efficiency and in an effort to comply with the Court's orders, Plaintiff prepared a consolidated amended complaint addressing the Court's rulings in all three cases. A copy of that consolidated complaint has been submitted with this Motion.

11. The request for **Administrative Relief** was submitted on the final day permitted for amending pleadings in Case No. 24-CV-09469-RFL to preserve Plaintiff's rights while minimizing delay and confusion.

12. Plaintiff respectfully submits that permitting joinder and amendment at this stage will not prejudice Defendants. Joinder will prevent inconsistent rulings, streamline discovery, avoid duplicative litigation, and promote judicial economy.

13. Plaintiff has diligently pursued amendment and joinder. The consolidated amended complaint narrows claims in accordance with the Court's prior rulings and advances the related matters in a coordinated and efficient manner.

14. For these reasons, Plaintiff respectfully requests that the Court grant the Motion for Joinder and Leave to Amend.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5 day of May, 2025, at Oakland, CA.

*/s/ Rhonda Lunsford*

Rhonda R. Lunsford, Esq.
Attorney for Plaintiff John Doe