| | |
|---|---|
| 1 | Rhonda Lunsford, SBN 219239 |
| 2 | P.O. Box 31<br>San Leandro, CA 94577 |
| 3 | Telephone:(510) 759-9529<br>rrlunsford@hotmail.com |
| 4 | Attorney For Plaintiff |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT and DOES 1-20, inclusive.<br><br>　　　　Defendants.<br><br>JOHN DOE<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AND ROYAL AMBULANCE<br><br>　　　　Defendants.<br><br>JOHN DOE<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OFFICE OF PERSONNEL MANAGEMENT, and BLUE CROSS BLUE SHIELD ASSOCIATION, UNIVERSITY OF CALIFORNIA SAN FRANCISCO MEDICAL CENTER, SUTTER EDEN MEDICAL CENTER, ALAMEDA HEALTH SYSTEM, DR. YOUSSEF E. YOUSSEF, VERONICA PERAZA, HYUNJI AHN, SARA DULL and DOES 1-10, inclusive | Case No.: 24-CV-02371-RFL<br>　　　　　　24-CV-09469-RFL<br>　　　　　　25-CV-02930-RFL<br><br>**PLAINTIFF'S [PROPOSED] ORDER ON MOTION FOR JOINDER AND LEAVE TO AMEND**<br><br>**DATE: June 17, 2025**<br>**TIME:  10:00 A.M.**<br>**DEPT: Courtroom 15**<br><br>**Hon. Rita F. Lin** |

Having considered Plaintiff's Motion for Joinder and Leave to Amend, the supporting memorandum of points and authorities, the declaration of counsel, the records in this case, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to join the related actions identified as Case Nos. 24-CV-02371-RFL, 24-CV-09469-RFL, and 25-CV-02930-RFL into a single action is GRANTED.

2. Plaintiff's motion for leave to amend the complaints in the consolidated action to file a unified amended complaint is GRANTED.

3. The amended consolidated complaint Plaintiff attached to the motion for joinder is deemed filed as of the date of this Order.

4. Defendants' responsive pleadings shall be due 30 days from the date of this Order.

5. The Court finds that joinder and amendment will serve judicial efficiency, avoid duplication of effort, and will not prejudice any party.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Hon. Rita F. Lin
United States District Judge